# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FLECTERE LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00019-JRG |
| TARGET CORPORATION, | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff Flectere LLC's ("Flectere") Notice of Voluntary Dismissal Without Prejudice (the "Notice"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (Dkt. No. 13.)  In light of the Notice, it is hereby **ORDERED** that Flectere's action against Defendant Target Corporation is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** the above-referenced case.

**So ORDERED and SIGNED this 1st day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE